# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESHUN WILLIAMS**                                                            **PLAINTIFF**

**V.**                          **4:20CV00784 JM**

**WARDEN SHIPMAN, Varner Unit
of the Arkansas Department of
Correction; WARDEN BYERS,
Varner Unit; CAPTAIN BRANDON
CORL, Varner Unit; and MAJOR
CHRISTOPHER, Varner Unit**                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 6th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE